UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCO VERCH,

                Plaintiff,

-against-

MG MILLER INTELLECTUAL PROPERTY LAW LLC,

                Defendants.

25-CV-7426 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of the parties' motion to seal dkt. nos. 1 and 8 because they reveal Matthrew Gordon Miller's home address, which was never publicly affiliated with MG Miller Intellectual Property Law LLC and raises privacy concerns.  The motion to seal is GRANTED.  The Clerk of the Court shall seal dkt. nos. 1 and 8 and close the open motion at dkt. no. 9.

**SO ORDERED.**

Dated:    New York, New York
           October 1, 2025

                                    *Loretta A. Preska*
                              _____
                              LORETTA A. PRESKA
                              Senior United States District Judge